IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN ALSTON,<br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*  Civil Action No. 13-cv-2390-AW<br>*<br>*<br>*<br>* |

**ORDER**

The Court has been notified that this case has been settled as to all claims between Plaintiff and Defendant Experian Information Solutions, Inc. (Experian). Accordingly pursuant to Local Rule 111, it is, this **16th day of October, 2013**, hereby **ORDERED** that all claims between Plaintiff and Experian shall be DISMISSED, and Defendant Experian shall be TERMINATED from this case. The dismissal is without prejudice to the right of either party to move for good cause to reopen the case with SIXTY (60) DAYS if settlement is not consummated. After sixty days, the dismissal shall be with prejudice.

It is further **ORDERED** that the Clerk of the Court shall transmit a copy of this Order to all counsel of record and MAIL a copy to *pro se* Plaintiff.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE